Robert Sibilia, Esq.
Oceanside Law Center APC
P.O. Box 861
Oceanside, CA 92049
T: (760) 666-1151
F: (818) 698-0300

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crystal Redick, on behalf of herself and all others similarly situated,<br><br>Plaintiff<br><br>    vs.<br><br>Little Brown Pizza, LLC d/b/a Pieology,<br><br>Defendant | Case No.: 2:23-cv-10795<br><br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.


DATED: March 11, 2024                    OCEANSIDE LAW CENTER

                                         By:    */s/Robert Sibilia*
                                                Robert Sibilia
                                                Attorneys for Plaintiff
                                                Crystal Redick